JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIRAV B. SAVALIA dba NEWPORT BEACH CENTER FOR PLASTIC SURGERY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California Corporation; and DOES 1 through 15, inclusive,<br><br>　　　　　　Defendant(s). | Case No. 8:25-cv-02031-KES<br><br>**JUDGMENT**<br><br>Date:　　December 9, 2025<br>Time:　　10:00 a.m.<br>Location: Courtroom 6D<br>Judge:　　Hon. Karen E. Scott<br><br>Date Action Filed: Sept. 10, 2025 |

This matter comes before the Court on Defendant Blue Shield of California Life & Health Insurance Company's ("Defendant") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"). (Dkt. 8.) Plaintiff Nirav B. Savalia dba Newport Beach Center for Plastic Surgery ("Plaintiff") opposed the Motion, and Defendant filed a reply. (Dkts. 11, 17.) Plaintiff filed a Motion to Confirm the Arbitration Award (the "Motion to Confirm"). (Dkt. 14.) Defendant filed opposition to the Motion to Confirm, and Plaintiff filed a reply. (Dkts. 15, 16.)

IT IS on this 22nd day of December 2025,

ORDERED that Defendant's Motion to Dismiss (Dkt. 8) is GRANTED; and it is further

ORDERED that Plaintiff's Motion to Confirm the Arbitration Award (Dkt. 14) is DENIED; and it is further

ORDERED that the Clerk of Court shall close this matter.

Dated: December 22, 2025

*Karen E. Scott*

Hon. Karen E. Scott
United States Magistrate Judge